**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VINCENT BOYD, | Case No.: 2:25-cv-01577-APG-NJK |
| Plaintiff | **Order Granting Unopposed Motion to Dismiss** |
| v. | [ECF No. 13] |
| C. GARCIA, et al., | |
| Defendants | |

Defendants C. Garcia and J. Fernandez move to dismiss plaintiff Vincent Boyd's complaint. ECF No. 13. Boyd did not respond. I therefore grant the motion as unopposed. LR 7-2(d). Boyd may file an amended complaint by January 30, 2026. In crafting an amended complaint, Boyd should address the issues raised in the defendants' motion to dismiss. Failure to file an amended complaint by that date will result in this case being closed.

I THEREFORE ORDER that the defendants' motion to dismiss (ECF No. 13) is GRANTED.

I FURTHER ORDER that plaintiff Vincent Boyd may file an amended complaint by January 30, 2026. Failure to file an amended complaint by that date will result in this case being closed.

DATED this 7th day of January, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE