**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Vincent Boyd,<br><br>    Plaintiff(s),<br><br>v.<br><br>C. Garcia, et al.,<br><br>    Defendant(s). | Case No. 2:25-cv-01577-APG-NJK<br><br>**ORDER** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a).  If Defendants seek a stay of discovery, they must file a motion for that relief by March 20, 2026.  If that motion is filed, discovery will be stayed on an interim basis pending resolution of that motion.  If that motion is not filed, the parties must file a joint proposed discovery plan by March 27, 2026.

IT IS SO ORDERED.

Dated: March 12, 2026

_____

Nancy J. Koppe
United States Magistrate Judge

1