# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Vincent Boyd,

     Plaintiff,

v.

C. Garcia, et al.,

     Defendant.

Case No. 2:25-cv-01577-APG-NJK

**Order**

[Docket No. 16]

Pending before the Court is Defendants' discovery plan. Docket No. 16. The parties are required to engage in a Rule 26(f) conference and jointly prepare a discovery plan. *See, e.g.*, Fed. R. Civ. 26(f)(2); Local Rule 26-1(a). Defendants represent that Plaintiff has not responded to their communications. Docket No. 16 at 2. The Court **DENIES** the unilateral discovery plan. Plaintiff must immediately contact Defendants to engage in a Rule 26(f) conference and the parties must file a joint discovery plan by April 10, 2026.[1] **Failure by Plaintiff to comply with this order may result in the imposition of sanctions, up to and including dismissal**.

IT IS SO ORDERED.

Dated: March 30, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] In the event Plaintiff fails to contact defense counsel during this period, Defendants may file a notice with a declaration so attesting in lieu of another unilateral discovery plan. If a joint discovery plan is filed in accordance with this order, defense counsel is advised to consult the local rules and to revise the discovery plan that is filed as the pending one includes a number of errors and inconsistencies with the local rules.

1